IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CHUOLJOCK LIA, NYAGAI LIA,      )
JAMES LIA, NYAPAIN LIA, and     )
NYAWAI LIA,                     )
                                )
          Plaintiffs,           )       8:07CV115
                                )
     v.                         )
                                )
UNKNOWN ASHFORD, JUDGE, BRENDA  )       MEMORANDUM OPINION
LEUCK, OMAHA POLICE             )
DEPARTMENT, and SOUTHERN        )
SUDAN COMMUNITY,                )
                                )
          Defendants.           )
_____)
```

Plaintiffs filed their complaint on March 29, 2007 (Filing No. 1). The complaint was deemed deficient because it was not signed by all of the plaintiffs as required by Fed. R. Civ. P. 11 and as directed on Form A, the complaint form designated for use by a prisoner filing a complaint under 42 U.S.C. § 1983. Under this rule, "an unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party" Fed. R. Civ. P. 11. The Court entered a text notice of deficiency on April 3, 2007, and mailed the complaint and the text notice of deficiency to the lead plaintiff, Chuoljock Lia, the same day. On May 9, 2007, these materials were returned to the Court as undeliverable and were resent the same day to an updated address for the lead plaintiff Chuoljock Lia.

The deficiency was called to the attention of the plaintiffs on or about May 9, 2007, and plaintiffs have had two months in which to correct the deficiency.  They have failed to do so, and the complaint will be stricken pursuant to Fed. R. Civ. P. 11.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 16th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court